**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

Edward Tyrone Ridley,               *

    Petitioner                  *

        Case Number 5:07-CV-265 (CAR)

vs.                                 *

Andy Sellers,                       *

    Respondent                  *

## J U D G M E N T

Pursuant to this Court's Order dated July 25, 2007, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case as frivolous.

This 25th day of July, 2007.

                Gregory J. Leonard, Clerk

                s/ Denise C. Partee
                Deputy Clerk